IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

MARY ANN JONES                                                                                          PLAINTIFF

VS.                                                              CIVIL ACTION NO. 3:07cv47-DPJ-JCS

LULA WOLFE, et al.                                                                                  DEFENDANTS

## ORDER OF DISMISSAL

This cause is before the court on Plaintiff's motion to voluntarily dismiss her complaint. The motion is granted, and this matter is hereby dismissed without prejudice.

SO ORDERED this the 21st day of April, 2008.

/s/ James C. Sumner
_____
UNITED STATES MAGISTRATE JUDGE